

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00481-CR

Dorothy A**. HOLLOWAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0541
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's appointed attorney filed an *Anders* brief in this appeal on December 27, 2018, and a deadline was set for the filing of appellant's pro se brief. On February 20, 2019, appellant filed a motion to substitute counsel, stating she had retained counsel to represent her on appeal. By order dated February 25, 2019, this court granted the motion; however, our order did not refer to the effect of our ruling on the *Anders* brief previously filed by appointed counsel. Because appellant has retained counsel to represent her on appeal, the previously filed *Anders* brief is STRICKEN.

On February 28, 2019, appellant filed a motion for extension of time to file her brief, requesting an extension from the prior deadline of March 13, 2019 to April 15, 2019. The motion is GRANTED. Appellant's brief must be filed no later than April 15, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court